## (November 28, 1966)

■ In the Matter of GEORGE H. WOOD, an Attorney, Respondent. BAR ASSOCIATION OF NASSAU COUNTY, INC., Petitioner.— Motion for reargument of motion to confirm Referee's report. Although respondent appeared in person in this proceeding and was served with notice of the motion to confirm the report of the Trial Justice finding him guilty, respondent did not submit any papers in opposition to the motion. He now seeks reargument, claiming it was not until November 7, 1966 that he received notice of the July 12, 1966 order of disbarment. On the present motion respondent has submitted an affidavit opposing on the merits the motion to confirm. On consideration of all the papers, the motion for reargument is granted and, on reargument, we adhere to the original determination. Ughetta, Acting P. J., Christ, Brennan, Hill and Benjamin, JJ., concur.

■ ROSE BRANCATO, Respondent, v. JOHN BRANCATO, Appellant.— Order of the Supreme Court, Kings County, dated July 22, 1966, reversed, without costs, and motion denied, with leave to plaintiff to renew the application for counsel fees upon the trial, if she be so advised. In our opinion, the record before us fails to show that the plaintiff wife has any need for alimony *pendente lite* or that defendant is financially able to pay such alimony or the requested counsel fee. The action should proceed to trial promptly. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ RAE CASALIGGI, Respondent, v. RICHARD CASALIGGI, Appellant.— Order of the Supreme Court, Richmond County, dated August 12, 1966 and made on reargument, affirmed insofar as appealed from, with $20 costs and disbursements. No opinion. Appeal from original order of said court, dated May 19, 1966, dismissed, without costs. This order was superseded by the order dated August 12, 1966. Beldock, P. J., Ughetta, Christ, Hill and Benjamin, JJ., concur.